No. 10,219.

MENZEL, ET AL. *v.* THE McKEE LIVESTOCK COMMISSION CO.

Decided April 15, 1922. Rehearing denied May 1, 1922.

*Judgment Affirmed.*

1. APPEAL AND ERROR—*Court Equally Divided, Judgment Affirmed.*
The court being equally divided, the judgment is affirmed.

*Error to the District Court of Custer County, Hon. James L. Cooper, Judge.*

Mr. J. D. BLUNT, Mr. DELBERT A. HESSICK, Mr. JAMES T. LOCKE, for plaintiffs in error.

Mr. JOHN A. RUSH, Mr. FOSTER CLINE, for defendant in error.

*En banc.*

PER CURIAM.

IN this cause, the court being equally divided, the judgment of the trial court stands affirmed by operation of section 438 of the Code, Revised Statutes, 1908.

MR. CHIEF JUSTICE SCOTT not participating.